# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALPER OZLER**, individually and as owner of **NATURAL FOOD & BEVERAGE, LLC**<br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>**PLA LOGISTICS, INC., et al.**<br>　　　　Defendants. | Civil No. 5:24-cv-04926-JMG |

## ORDER

**AND NOW**, this 3rd day of February, 2025, upon consideration of Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint for Failure to State a Claim (ECF No. 15) and Plaintiff's Opposition in Response (ECF No. 16), **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss for Failure to State a Claim (ECF No. 15) is **DENIED**.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　*/s/ John M. Gallagher*
　　　　　　　　　　　　　　　　　　JOHN M. GALLAGHER
　　　　　　　　　　　　　　　　　　United States District Court Judge